**Order entered October 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01350-CR

## DONALD RAY MCKINNEY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-47067-Y

## ORDER

The Court **REINSTATES** the appeal.

The reporter's record was filed in this appeal on June 4, 2015. In response to appellant's complaint that the record of a July 28, 2014 pretrial hearing is missing and portions of volumes five and ten are not accurate, the Court ordered the trial court to make findings regarding the record. We **ADOPT** the trial court's findings that: (1) a hearing was conducted on July 28, 2014, but there is no reporter's record of the hearing; (2) pages 42 through 50 of Volume 5 are illegible and court reporter Sharon Hazlewood is unable to locate or produce that portion of the record; (3) page 27, line 22 of Volume 10 of the reporter's record is inaccurate. It should be reported as "He is not cancer free."; (4) due to health problems, Sharon Hazlewood is unable to perform any meaningful work for the foreseeable future; (5) a significant portion of the court

reporter's notes, records, and/or recordings have been lost or destroyed, or are inaudible, through no fault of appellant; (6) appellant timely requested the reporter's record; and (7) counsel for appellant and the State have discussed the issues regarding the reporter's record and cannot agree on a substituted record.

We **ORDER** appellant to file his brief within **THIRTY DAYS** of the date of this order. In addition to any other issues appellant raises, the brief should address whether the missing and illegible portions of the record are material to the resolution of the appeal. *See* TEX. R. APP. P. 34.6(f)(3).

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.


/s/     LANA MYERS
JUSTICE